**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-04201-KBH |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **SUGGESTION OF BANKRUPTCY** |

Lead Plaintiff Steven L. Diamond ("Plaintiff"), by this notice, hereby informs the Court that on October 15, 2023, Rite Aid Corporation, (the "Debtor"), the corporate defendant in this action, filed a bankruptcy petition, a copy of which is attached hereto as Exhibit A. Plaintiff understands that the filing of this petition automatically stays the claims against the corporate Defendant Rite Aid, but only that defendant.

None of the individual defendants, Heyward Donigan, Matt Schroeder, or Chris DuPaul, have filed for bankruptcy. Accordingly, all of the claims against them remain. "The automatic stay provision under § 362(a)(1) applies only to debtors." *Jackson v. Trump Entm't Resorts, Inc*., No. 13-1605 (JHR/JS), 2015 U.S. Dist. LEXIS 192709, at *14 (D.N.J. Feb. 11, 2015). "[T]he provisions of section 362(a) are inapplicable to civil actions against nondebtors." *In re Summers*, No. 98-33068F, 1999 Bankr. LEXIS 837, at *13, 84 A.F.T.R.2d (RIA) 1999-5206 (Bankr. E.D. Pa. June 28, 1999) (citing cases). "[A]n action or proceeding stayed as to the debtor under § 362(a)(1) is not stayed as to its co-defendants." *Int'l Union of Painters & Allied Trades Dist. Council No. 21 Health & Welfare Fund v. Serv. Painting, Inc*., No. 18-3480, 2018 U.S. Dist. LEXIS 192772, at *4 (E.D. Pa. Nov. 13, 2018) (internal quotations omitted); *see also N.J. Carpenters Health Fund v. Royal Bank of Scot. Grp*., *PLC*, 564 B.R. 192, 194-96 (S.D.N.Y. 2016) (refusing to extend stay to non-bankrupt co-defendants); *In re Globalstar Sec. Litig*., 01 Civ. 1748

(PKC), 2004 U.S. Dist. LEXIS 24164, at \*6-7, 17 (S.D.N.Y. Dec. 1, 2004) (certifying class to proceed against individual defendant over objection that proceeding would violate automatic stay from bankruptcies of corporate defendants).

Accordingly, the claims against the individual defendants Heyward Donigan, Matt Schroeder, and Chris DuPaul, including the motion to dismiss currently pending with respect to those claims, are not affected by the corporate defendant's bankruptcy petition.

Dated:  October 16, 2023

Respectfully submitted,

**POMERANTZ LLP**

By:  /s/ *Brian P. O'Connell*

Joshua B. Silverman   (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
Genc Arifi (*pro hac vice*)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: jbsilverman@pomlaw.com
            boconnell@pomlaw.com
            garifi@pomlaw.com

*Counsel for Lead Plaintiff Steven L. Diamond and Lead Counsel for the Class*

**THE ROSEN LAW FIRM, P.A.**

Jacob Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
E-mail:  jgoldberg@rosenlegal.com

*Liaison Counsel for the Class*

**WOHL & FRUCHTER LLP**

Joshua E. Fruchter

25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
(845) 290-6818
jfruchter@wohlfruchter.com

*Additional Counsel for Plaintiff*

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that on October 16, 2023, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  October 16, 2023

*/s/ Brian P. O'Connell*
Brian P. O'Connell