## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2023, I served a true and correct copy of the foregoing

upon the following counsel of record via the Court's CM/ECF electronic filing system.

Dated:  October 20, 2023

/s/ *Andrew M. Erdlen*

Andrew M. Erdlen (Atty. I.D. No. 320260)
HANGLEY ARONCHICK SEGAL PUDLIN &
SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone:  (215) 568-6200
aerdlen@hangley.com

**<u>Parties receiving service:</u>**

Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (*pro hac vice*)
Genc Arifi (*pro hac vice*)
POMERANTZ LLP
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: jbsilverman@pomlaw.com
boconnell@pomlaw.com
garifi@pomlaw.com

*Counsel for Lead Plaintiff Steven L. Diamond*
*and Lead Counsel for the Class*

Jacob Goldberg
Gonen Haklay
THE ROSEN LAW FIRM, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
E-mail: jgoldberg@rosenlegal.com

*Liaison Counsel for the Class*

- 2 -

Joshua E. Fruchter
WOHL & FRUCHTER LLP
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
(845) 290-6818
jfruchter@wohlfruchter.com
*Additional Counsel for Plaintiff*