**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-04201-KBH |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER DENYING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** |

Upon consideration of Individual Defendants Heyward Donigan, Matt Schroeder, and Chris DuPaul's ("Individual Defendants") Motion to Dismiss Lead Plaintiff's First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), and Lead Plaintiff Steven L. Diamond's Response in Opposition to the Motion, it is hereby ORDERED that the Individual Defendants' Motion to Dismiss Lead Plaintiff's First Amended Complaint is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
HODGE, KELLEY B., J.

1