**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-4201-KBH |
| This document relates to: ALL ACTIONS. | |

**INDIVIDUAL DEFENDANTS' MOTION TO STAY**

Defendants Heyward Donigan, Matthew Schroeder, and Christopher DuPaul (collectively, the "Individual Defendants") hereby move this Honorable Court for entry of an order temporarily staying this case. Grounds supporting this motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Individual Defendants respectfully request that the Court stay this matter through ten (10) days following entry of an order confirming Rite Aid's plan of reorganization.

Respectfully submitted,

HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER

Dated:   January 22, 2024          By:      */s/ Andrew M. Erdlen*

Andrew M. Erdlen (Atty. I.D. No. 320260)
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
Telephone:  (215) 568-6200
aerdlen@hangley.com

*-and-*

Dana M. Seshens (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
dana.seshens@davispolk.com

Andrew Yaphe (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:  (650) 752-2000
Facsimile:  (650) 752-2111
andrew.yaphe@davispolk.com

*Counsel for Defendants Heyward Donigan,*
*Matt Schroeder, and Chris DuPaul*