**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-4201-KBH |
| This document relates to: ALL ACTIONS. | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants

Heyward Donigan, Matthew Schroeder and Christopher DuPaul's (collectively, the "Individual

Defendants") Motion to Stay, and any response thereto, it is hereby ORDERED as follows:

1.    The motion is GRANTED;

2.    The Clerk of the Court is directed to STAY this matter through ten (10) days

       following entry of an order confirming Rite Aid's plan of reorganization.


                                                    _____

                                                    Hon. Kelley B. Hodge