**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-04201-KBH |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER DENYING INDIVIDUAL DEFENDANTS' MOTION TO STAY** |

Upon consideration of Individual Defendants Heyward Donigan, Matt Schroeder, and Chris DuPaul's ("Individual Defendants") Motion to Stay, and Lead Plaintiff Steven L. Diamond's Response in Opposition to the Motion, it is hereby ORDERED that the Individual Defendants' Motion is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
HON. KELLEY B. HODGE
UNITED STATES DISTRICT
COURT JUDGE