**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-04201-KBH |
| | CLASS ACTION |
| | ORAL ARGUMENT REQUESTED |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION TO STAY** |

Lead Plaintiff Steven L. Diamond ("Plaintiff"), by and through his attorneys of record, hereby requests, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following:

1. Excerpted pages showing Rite Aid's reported Director and Officers Insurance Coverage in *In re Rite Aid Corp.,* No. 23-18993 (MBK), ECF. No. 12 (Bankr. D.N.J. Oct. 15, 2023) ("the Bankruptcy Action"), attached hereto as Exhibit A.

2. Excerpted pages from ECF No. 1791 in the Bankruptcy Action, Rite Aid's "Motion re: For Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto and (V) Granting Related Relief," filed in the Bankruptcy Action on January 31, 2024, and attached hereto as Exhibit B.

1

3.  Excerpted pages from the Declaration of Rite Aid CEO and Chief Restructuring Officer Jeffrey S. Stein, filed on October 16, 2023, in the Bankruptcy Action as ECF No. 20, attached hereto as Exhibit C.

Under Federal Rule of Evidence 201(b), a court "may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Here, these bankruptcy filings are matters of public record that are undisputedly authentic, and the Court may take judicial notice of these filings. *See Pellegrino v. Great Atl. & Pac. Tea Co.*, No. CIV. 2:13-559 WJM, 2013 WL 5773278, at *2 (D.N.J. Oct. 24, 2013).

Accordingly, Plaintiff respectfully requests that the Court take Judicial Notice of Exhibits A, B, and C when ruling on Individual Defendants' Motion to Stay.


Dated:  February 5, 2024                           Respectfully submitted,

                                                   **POMERANTZ LLP**


                                                   By:  *Brian P. O'Connell*

                                                   Joshua B. Silverman   (*pro hac vice*)
                                                   Brian P. O'Connell (*pro hac vice*)
                                                   Genc Arifi (*pro hac vice*)
                                                   Ten South LaSalle Street, Suite 3505
                                                   Chicago, Illinois 60603
                                                   Telephone: (312) 377-1181
                                                   Facsimile: (312) 377-1184
                                                   E-mail: jbsilverman@pomlaw.com
                                                           boconnell@pomlaw.com
                                                           garifi@pomlaw.com

                                                   *Counsel for Lead Plaintiff*
                                                   *Steven L. Diamond and Lead Counsel for the Class*


2

**THE ROSEN LAW FIRM, P.A.**

Jacob Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
E-mail:  jgoldberg@rosenlegal.com

*Liaison Counsel for Lead Plaintiff Steven L.
Diamond and the Class*

**WOHL & FRUCHTER LLP**

Joshua E. Fruchter
25 Robert Pitt Drive, Suite 209G
Monsey, New York 10952
(845) 290-6818
E-mail: jfruchter@wohlfruchter.com

*Additional Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  February 5, 2024

*/s/ Brian P. O'Connell*
Brian P. O'Connell