# EXHIBIT A

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Aparna Yenamandra, P.C. (*pro hac vice* pending)
Ross J. Fiedler (*pro hac vice* pending)
Zachary R. Manning (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (*pro hac vice* pending)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**DEBTORS' MOTION FOR ENTRY OF INTERIM
AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS
TO (A) MAINTAIN INSURANCE AND SURETY COVERAGE
ENTERED INTO PREPETITION AND PAY RELATED PREPETITION
OBLIGATIONS, AND (B) RENEW, SUPPLEMENT, MODIFY, OR PURCHASE
INSURANCE AND SURETY COVERAGE, AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

---

[1]  The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034.  A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid.  The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

2002).  Accordingly, pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, this Court may grant the relief requested herein.

36.    The doctrine of necessity is satisfied here.  The nature of the Debtors' business and these chapter 11 cases render it essential for the Debtors to maintain their Insurance Policies, Surety Bond Program, and Letters of Credit (as applicable) on an ongoing and uninterrupted basis. The non-payment of any premiums, deductibles, or related fees under the Insurance Policies or Surety Bonds (as applicable) could result in one or more of the Insurance Carriers or Sureties terminating or declining to renew the Insurance Policies or Surety Bonds or refusing to enter into new insurance policies or surety bonds with the Debtors.  If any of the Insurance Policies or Surety Bonds lapse without renewal, the Debtors could be exposed to substantial liability or property damages, to the detriment of all parties in interest.

37.    Any interruption in insurance coverage or lapse in maintenance of a Surety Bond would expose the Debtors to a number of risks, including: (a) the possible incurrence of direct liability for the payment of claims that otherwise would have been covered under the Insurance Policies; (b) the possible incurrence of material costs and other losses that otherwise would have been reimbursed; (c) the possible inability to obtain similar insurance coverage on terms as equally favorable as the present coverage; (d) the possible incurrence of higher costs for reestablishing lapsed Insurance Policies or obtaining new insurance coverage; and (e) potential regulatory exposure in the event the Debtors are required to maintain certain insurance to continue their operations.

38.    Continuing the Surety Bond Program is also necessary to maintain the Debtors' current business operations and avoid severe disruption at this critical juncture in these chapter 11 cases.  Based on the Debtors' current circumstances, it is not likely that the Debtors will be able

17

| Type of Policy | Insurance Issuer | Policy Number | Policy Term |
|---|---|---|---|
| Accident | National Union | GTP 0009110136-B | 6/1/2024 |
| Acquistion | Beazley USA Services, Inc. | W2C853200101 | 12/18/2026 |
| Aircraft | AIG Aerospace Insurance Svcs. | AV01543680604 | 11/7/2023 |
| Automobile | AIU Insurance Co. (AIG) | 7620268 | 10/15/2024 |
| Automobile | National Union (AIG) | 7620267 | 10/15/2024 |
| Crime | Hartford | 10 FI 0288516-23 | 1/31/2024 |
| Crime | Hiscox | UKA3014998.22 | 3/31/2025 |
| Crime | Travelers | 107242710 | 3/31/2024 |
| Crime | XL | ELU189027-23 | 3/31/2024 |
| Cyber | Amtrust | AES1199934-02 | 3/17/2024 |
| Cyber | Arch UK | FSCEO2303750 | 3/17/2024 |
| Cyber | Arch US | NPL006787701 | 3/17/2024 |
| Cyber | AXA XL Bermuda | BM00038690EO23A | 3/17/2024 |
| Cyber | Beazley UK | FSCEO2300117 | 3/17/2024 |
| Cyber | Berkshire Hathaway | 42-EPP-320432-02 | 3/17/2024 |
| Cyber | Brit / Markel UK | FSCEO2300126 | 3/17/2024 |
| Cyber | CNA | 652091405 | 3/17/2024 |
| Cyber | Nationwide | XMS2309158 | 3/17/2024 |
| Cyber | Sompo | NVX30017283801 | 3/17/2024 |
| Cyber | Starr | 1.0006E+12 | 3/17/2024 |
| Cyber | Vantage | P03CY0000032430 | 3/17/2024 |
| Cyber | Zurich | SPR 9579903-02 | 3/17/2024 |
| D & O | AIG | 03-420-15-14 | 3/31/2024 |

| D & O | AIG | 03-420-15-15 | 3/31/2024 | $150,000 |
|---|---|---|---|---|
| D & O | AIG | 03-420-15-16 | 3/31/2024 | $500,000 |
| D & O | ANV | ANV154690A | 3/31/2024 | $270,000 |
| D & O | Applied Underwriters (Texas) | BFLXLDTPA011300_020011_03 | 3/31/2024 | $45,000 |
| D & O | Argo | MLX4262443-2 | 3/31/2024 | $46,000 |
| D & O | Ascot | MLXS2310000479-03 | 3/31/2024 | $270,000 |
| D & O | Ascot | MLXS2310000016-04 | 3/31/2024 | $93,075 |
| D & O | Aspen | MC00LEL23 | 3/31/2024 | $135,000 |
| D & O | AWAC | 0305-4452 | 3/31/2024 | $430,000 |
| D & O | Berkley | BPRO8092106 | 3/31/2024 | $345,000 |
| D & O | Berkshire Hathaway | 47-EPC-327772-01 | 3/31/2024 | $93,075 |
| D & O | Dual | 1-DDO-PA-17-S01404471-00 | 3/31/2024 | $270,000 |
| D & O | Dual | 1-DDO-PA-17-S01404470-00 | 3/31/2024 | $46,537 |
| D & O | Endurance (Sompo) | DOX30001001404 | 3/31/2024 | $390,000 |
| D & O | Endurance (Sompo) | ADX10004733209 | 3/31/2024 | $139,600 |
| D & O | Great Midwest (Skyward) | HPRO-CX-GM-0000366-00 | 3/31/2024 | $102,000 |
| D & O | Inigo (Lloyds) | FSGDO2300655 | 3/31/2024 | $390,000 |
| D & O | Intact (One Beacon) | MMX-04381-23 | 3/31/2024 | $345,000 |
| D & O | Markel | MKLM6EL0009379 | 3/31/2024 | $135,000 |
| D & O | Obsidian (Orion) | OII-117-DOX-1-2023-2 | 3/31/2024 | $114,000 |
| D & O | QBE | 130004580 | 3/31/2024 | $430,000 |
| D & O | QBE | 130004582 | 3/31/2024 | $130,750 |
| D & O | RLI | EPG0032022 | 3/31/2024 | $92,000 |
| D & O | RSUI | NHS704522 | 3/31/2024 | $280,000 |

| D & O | RSUI | NHS704523 | 3/31/2024 | $93,075 |
|---|---|---|---|---|
| D & O | StarStone | DNO00017248P-03 | 3/31/2024 | $280,000 |
| D & O | Tokio Marine HCC | 24-MGU-23-A56260 | 3/31/2024 | $93,075 |
| D & O | Travelers | 106270884 | 3/31/2024 | $1,120,000 |
| D & O | Wesco (AmTrust) | EUW1843114 03 | 3/31/2024 | $139,600 |
| D & O | Westfield | XSA-288416F-00 | 3/31/2024 | $139,600 |
| E & O | AWAC | 0313-7399 | 3/1/2024 | $170,000 |
| E & O | Chatham Ins. Svcs. (Travelers) | 107576598 | 3/1/2024 | $335,568 |
| Fiduciary | AIG | 03-421-66-67 | 3/31/2024 | $40,000 |
| Fiduciary | Allianz | USF01072023 | 3/31/2024 | $32,000 |
| Fiduciary | Euclid (Hudson) | SXS31210620-01 | 3/31/2024 | $50,000 |
| Fiduciary | RLI | EPG0032023 | 3/31/2024 | $23,000 |
| Fiduciary | Sompo | FLX30017919001 | 3/31/2024 | $37,000 |
| Fiduciary | Travelers | 105588017 | 3/31/2024 | $65,000 |
| Liability | AIG | 25905366 | 10/15/2024 | $220,101 |
| Liability | AIG (CAT) Excess | 16196150 | 10/15/2024 | $22,010 |
| Liability | Allied World | 0309-3594 | 10/15/2025 | $86,000 |
| Liability | American International Reinsurance Company (AIG) | 27937649 | 10/15/2024 | $150,000 |
| Liability | Arcadian | ARCGL134262023 | 10/15/2024 | $159,500 |
| Liability | Arcadian | ARCGL134262023 | 10/15/2024 | $0 |
| Liability | Ascot Bermuda | RA23ZANS6T1X | 10/15/2024 | $112,200 |
| Liability | Ascot Bermuda | RA23ZANS6T1X | 10/15/2024 | $0 |
| Liability | Axa XL | US00113175LI23A | 10/15/2024 | $995,000 |
| Liability | Axa XL | US00113205LI23A | 10/15/2024 | $222,326 |