# EXHIBIT B

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra, P.C. (admitted *pro hac vice*)
Ross J. Fiedler (admitted *pro hac vice*)
Zachary R. Manning (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Seth Van Aalten, Esq. (admitted *pro hac vice*)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
svanaalten@coleschotz.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*, | Case No. 23-18993 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' MOTION FOR ENTRY OF AN**
**ORDER (I) CONDITIONALLY APPROVING THE**
**ADEQUACY OF THE DISCLOSURE STATEMENT,**
**(II) APPROVING THE SOLICITATION PROCEDURES,**
**(III) APPROVING THE FORMS OF BALLOTS AND NOTICES**
**IN CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN**
**DATES WITH RESPECT THERETO, AND (V) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims, noticing, and solicitation agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

i. **Solicitation Directive**.  Approving the form and manner of (i) the notice to the attorneys representing holders of Claims in Class 6 of the process for voting on the Plan on behalf of such holders (the "Non-Notes Master Ballot Solicitation Directive Notice"), as described further below, and (ii) the certified Plan solicitation directive to be used by such attorneys' to indicate how such holders' votes should be solicited (the "Solicitation Directive"), substantially in the form attached to the Order as **Exhibit 9**;

j. **Solicitation Packages**.  Finding that the solicitation materials and documents included in the solicitation packages (the "Solicitation Packages") that will be sent to Holders of Claims entitled to vote to accept or reject the Plan are in compliance with rules 2002(b) and 3017(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and

k. **Confirmation Dates**.  Establishing the following dates and deadlines with respect to Confirmation of the Plan, subject to modification as necessary (the "Confirmation Dates"):[4]

| Event | Date | Description |
|---|---|---|
| Voting Record Date | January 16, 2024 | The date to determine which Holders of Claims are entitled to vote to accept or reject the Plan (the "Voting Record Date"). |
| Solicitation Directive Deadline | February 5, 2024 (as such deadline may be extended from time to time by the Debtors with the consent of the Committees) | Deadline for Firms to return completed Solicitation Directive and Client Lists (the "Solicitation Directive Deadline").  The Debtors served the Non-Notes Master Ballot Solicitation Directive Notice on applicable parties in interest on January 22, 2024 or as soon as reasonably practicable thereafter. |
| Solicitation Mailing Deadline | February 19, 2024 (or as soon as reasonably practicable thereafter) | The deadline by which the Debtors must distribute Notices of Non-Voting Status, including Opt-Out Forms, and Solicitation Packages, including Ballots, to Holders of Claims entitled to vote to accept or reject the Plan (the "Solicitation Mailing Deadline"). |
| Publication Deadline | February 19, 2024 (or as soon as reasonably practicable thereafter) | The date by which the Debtors will submit the Combined Hearing Notice in a format modified for publication (such notice, the "Publication Notice," and such date, the "Publication Deadline"). |

---

[4]    For the avoidance of doubt, the dates set forth in the *Order Approving Certain Dates and Protocols* [Docket No. 150], including the date setting February 5, 2024 as the deadline to file objections to confirmation of the Plan, no longer apply and shall be replaced by the Confirmation Dates set forth in the Order.

| Event | Date | Description |
|---|---|---|
| Plan Supplement Filing Deadline | No less than 14 days prior to the Combined Hearing Date, at 4:00 p.m., prevailing Eastern Time | The date by which the Debtors shall file the Plan Supplement (the "Plan Supplement Deadline"). |
| Voting and Opt-Out Deadline | No less than 7 days prior to the Combined Hearing Date, at 4:00 p.m., prevailing Eastern Time | The deadline by which all Ballots and Opt-Out Forms must be properly executed, completed, and submitted so that they are **actually received** by Kroll Restructuring Administration, LLC (the "Solicitation Agent"). |
| Confirmation Objection Deadline | No less than 7 days prior to the Combined Hearing Date, at 4:00 p.m., prevailing Eastern Time | The deadline by which parties in interest may file objections to Confirmation of the Plan (the "Confirmation Objection Deadline"). |
| Deadline to File Voting Report | No less than 3 days prior to the Combined Hearing Date | The date by which the report tabulating the voting on the Plan (the "Voting Report") shall be filed with the Court. |
| Confirmation Brief and Confirmation Objection Reply Deadline | No less than 3 days prior to the Combined Hearing Date | The deadline by which the Debtors shall file their brief in support of confirmation of the Plan and reply to objections to confirmation of the Plan. |
| Combined Hearing Date | A date to be scheduled by the Court | The date of the Combined Hearing at which the Court will consider Confirmation of the Plan and final approval of the Disclosure Statement (the "Combined Hearing Date"). |

### Jurisdiction and Venue

7.     The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.).  The Debtors confirm their consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

8.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.