# EXHIBIT C

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Aparna Yenamandra, P.C. (*pro hac vice* pending)
Ross J. Fiedler (*pro hac vice* pending)
Zachary R. Manning (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
esassower@kirkland.com
joshua.sussberg@kirkland.com
aparna.yenamandra@kirkland.com
ross.fiedler@kirkland.com
zach.manning@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RITE AID CORPORATION, *et al.*,[1] | ) | Case No. 23-18993 (MBK) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## DECLARATION OF JEFFREY S. STEIN IN
## SUPPORT OF DEBTORS' CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS

I, Jeffrey S. Stein, hereby declare under penalty of perjury:

1. I am the Chief Executive Officer and Chief Restructuring Officer of Rite Aid Corporation, a Delaware corporation and one of the above-captioned debtors in possession (collectively, the "Company," "Rite Aid," or the "Debtors"). I have served as a consultant to the

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Company since July 2023.  I was appointed Chief Executive Officer and Chief Restructuring Officer on October 15, 2023.

2.      I have over 30 years of experience in the distressed investing and restructuring industry.  I am regularly engaged as an officer and director of companies experiencing significant challenges, including financial and operational restructuring, complex contract renegotiation and litigation, and increased regulatory oversight.  I previously served as the Chief Executive Officer and Chief Restructuring Officer of GWG Holdings, Inc. and as the Chief Restructuring Officer of Liberty Steel Group Holdings Pte. Ltd., Whiting Petroleum Corporation, Philadelphia Energy Solutions, LLC, and Westmoreland Coal Company.  I received a B.A. in Economics from Brandeis University and an M.B.A. in Finance and Accounting from New York University.  I am a Certified Turnaround Professional as designated by the Turnaround Management Association.

3.      I submit this declaration to help the Court and interested parties understand the circumstances that led to these chapter 11 cases and to provide support for the Debtors' chapter 11 petitions and first-day motions.  Except as otherwise indicated, this declaration is based on my personal knowledge; discussions with the Debtors' management team and advisors; review of relevant documents; and/or my opinions based upon my restructuring experience and knowledge concerning the Debtors.  I am over the age of 18 and authorized to testify on behalf of the Debtors. If called to testify, I would testify as follows.

### Introduction

4.      Rite Aid has been on the front lines of delivering healthcare services and retail products to millions of Americans for more than 60 years.  A trusted and iconic brand that has a long history of serving hundreds of American communities, Rite Aid's mission is to connect everyday care, drive down healthcare costs, and promote whole health for life.

5.    Rite Aid meets the consumer's fundamental need for pharmacy services through two segments:  Retail Pharmacy and Pharmacy Services.  On the retail side, Rite Aid employs more than 6,100 pharmacists and operates more than 2,100 pharmacies in 17 states.  Through Elixir, a pharmacy benefit manager ("PBM"), the Company manages pharmacy benefits for more than one million members.

6.    Rite Aid has a storied history of growth and success.  Starting from one store in Scranton, Pennsylvania, Rite Aid grew into a Fortune 200 company.  With more than $24 billion of revenue in fiscal year 2023, the Company employs more than 45,000 people and fills almost 200 million prescriptions every year.

7.    Despite its proud heritage, a confluence of operational and financial factors have stressed Rite Aid's financial condition and necessitate a comprehensive reorganization:

- ***Substantial Debt Obligations.***  Rite Aid has approximately $4.0 billion in funded debt obligations and pays approximately $200 million annually in interest. Debt-service obligations have limited Rite Aid's liquidity and constrained its ability to execute on its turnaround initiatives and in-store investments.

- ***Financial and Operational Headwinds.***  Rite Aid's financial performance has been further impacted by record inflation; elevated labor costs to retain in-demand pharmacist and corporate talent; declining reimbursement rates from third-party payors; reduced demand for front-end merchandise and COVID vaccines; increased shrink costs that are also impacting the rest of the industry; and the loss of key accounts at Elixir.  These headwinds have increased operating costs and decreased revenues.

- ***Sub-Optimal Retail Footprint.***  The Company's portfolio is burdened by unprofitable stores that it cannot effectively exit absent the tools available in chapter 11.  Those stores challenge the Company's earnings profile, turnaround initiatives, and free cash flow.  Even where the Company has been able to close stores, it is burdened by $80 million in annual "dead rent" costs because of its inability to exit the underlying leases outside of chapter 11.

- ***Liquidity and Trade Challenges***.  The Company is heavily reliant on trade credit, and as restructuring-related rumors have swirled, trade terms contracted.  The Company faces working capital constraints as vendors have increasingly demanded security deposits and cash-on-delivery (or cash-in-advance) for goods.  In fact, the