**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-04201-KBH |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE** |

Upon consideration of Lead Plaintiff Steven L. Diamond's Request for Judicial Notice in Support of Lead Plaintiff's Opposition to the Motion to Stay, it is hereby ORDERED that Plaintiff's Request is GRANTED, and it is further ORDERED that the Court takes judicial notice of Exhibits A, B, and C to the Request.

IT IS SO ORDERED.

Dated: _____

_____
HON. KELLEY B. HODGE
UNITED STATES DISTRICT
COURT JUDGE