**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr>
<td>IN RE RITE AID CORPORATION<br>SECURITIES LITIGATION<br><br>—————————————<br><br>This document relates to:<br><br>ALL ACTIONS.</td>
<td>Case No. 2:22-cv-4201-KBH</td>
</tr>
</table>

**REPLY DECLARATION OF DANA M. SESHENS IN SUPPORT
OF INDIVIDUAL DEFENDANTS' MOTION TO STAY**

Dana M. Seshens, pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am a partner at Davis Polk & Wardwell LLP, counsel for Defendants Heyward Donigan, Matt Schroeder, and Chris DuPaul (collectively, the "Individual Defendants") in the above-captioned matter.  I respectfully submit this reply declaration in support of the Reply Memorandum of Law in Support of Individual Defendants' Motion to Stay, filed contemporaneously herewith.

2.      Attached hereto as Exhibit A is a true and correct copy of Heyward Donigan's Proof of Claim, filed in *In re Rite Aid Corp., et al.*, No. 23-bk-18993 (Bankr. D.N.J.) on January 19, 2024.

3.      Attached hereto as Exhibit B is a true and correct copy of Matthew Schroeder's Proof of Claim, filed in *In re Rite Aid Corp., et al.*, No. 23-bk-18993 (Bankr. D.N.J.) on January 19, 2024.

4.      Attached hereto as Exhibit C is a true and correct copy of Christopher DuPaul's Proof of Claim, filed in *In re Rite Aid Corp., et al.*, No. 23-bk-18993 (Bankr. D.N.J.) on January

19, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 12, 2024                    /s/ *Dana M. Seshens*
                                             Dana M. Seshens