# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE RITE AID CORPORATION SECURITIES LITIGATION | Case No. 2:22-cv-04201-KBH |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiff Steven L. Diamond ("Lead Plaintiff"), voluntarily dismisses all claims against Rite Aid Corporation ("Rite Aid") in the above-captioned action (the "Action") without prejudice.

On August 16, 2024, the United States Bankruptcy Court of the District of New Jersey entered its Order Approving the Disclosure Statement and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates (With Further Modifications) (the "Confirmed Reorganization Plan"). *In Re Rite Aid Corp., et al.,* No. 3:23-bk-18993 (Bankr. D.N.J.), (ECF. No. 4532). As a result of the terms of the Confirmed Reorganization Plan, Lead Plaintiff does not believe that continued pursuit of claims against Rite Aid is viable or in the best interest of putative class members. *Id*. at pages 228-29 of 567.

Because this Notice of Voluntary Dismissal is being filed with the Court before Rite Aid has served either an answer or a motion for summary judgment, Lead Plaintiff's dismissal of the Action against Rite Aid is effective upon the filing of this notice.

1

Dated: August 26, 2024                                    Respectfully submitted,


                                                          */s/ Brian P. O'Connell*
                                                          Joshua B. Silverman
                                                          Brian P. O'Connell
                                                          Genc Arifi
                                                          POMERANTZ LLP
                                                          10 S La Salle Street, Suite 3505
                                                          Chicago, IL 60603-1049
                                                          Tel.: 312-881-4859
                                                          Fax: 312-377-1184
                                                          jbsilverman@pomlaw.com
                                                          boconnell@pomlaw.com
                                                          garifi@pomlaw.com

                                                          *Lead Counsel for the Class*

                                                          Jacob A. Goldberg
                                                          Gonen Haklay
                                                          THE ROSEN LAW FIRM, P.A.
                                                          100 Greenwood Avenue, Suite 440
                                                          Jenkintown, PA 19046
                                                          Tel.: 215-600-2817
                                                          jgoldberg@rosenlegal.com
                                                          ghaklay@rosenlegal.com

                                                          *Liaison Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2024, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  August 26, 2024

                                                                       */s/ Brian P. O'Connell*
                                                                        Brian P. O'Connell