# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE RITE AID CORPORATION SECURITIES LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | Case No.  2:22-cv-04201-KBH<br><br>**CLASS ACTION** |

# O R D E R

**AND NOW**, this 31st day of March, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 36), the responses thereto (ECF Nos. 39, 40), and the oral argument held on December 4, 2024, **IT IS ORDERED** that the Motion is **GRANTED.** All claims are **DISMISSED.** The Court Clerk shall mark this matter as **CLOSED.**

                                              **BY THE COURT:**

                                              **/s/ Hon. Kelley B. Hodge**

                                                **HODGE, KELLEY B., J.**